Georgia Secretary of State
Corporations Division

Home

## WELLS FARGO DEALER SERVICES, INC. Control Number: K509642

Main    Reports    Officers    Filing History

**Entity Info**

Entity Id    936731

**Key Indicators**

| | |
|---|---|
| Model Type | Corporation |
| Locale | Foreign |
| Qualifier | For-Profit |
| Business Name | WELLS FARGO DEALER SERVICES, INC. |
| Registration Date | 3/20/1995 |
| Entity Status | Withdrawn |
| Entity Status Date | 7/26/2011 |
| Foreign Name | |
| Date of Organization | |
| State | California |
| Country | |

**Principal Office Address**

PRINCIPAL
 Line1   800 WALNUT STREET
 Line2
 City  DES MOINES   State  Iowa   Zip  50309

**Agent**

 Is non-commercial Registered Agent?   Yes
 Name

**Address**

 Line1
 Line2
 City    State    Zip
 Email



EXHIBIT
1

**Previous Names**

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|

No Miscellaneous Filings were found.

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

No Miscellaneous Filings were found.

15

Return to Home

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|

15