# Consumer Account Application



| Bank Name: | | Store Name: | |
|---|---|---|---|
| Wells Fargo Bank, N.A. | | EAST LAKE | |
| Banker Name: | | Officer/Portfolio Number: | Date: |
| ASHLEY REYNOLDS | | L8065 | 02/28/2011 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 404/865-2282 | 08065 | 0066772 | G0270-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Minor: | CCID: | Product: | Account Number: |
|---|---|---|---|---|
| Wells Fargo Way2Save Savings | | 297 | DDA | 1457 |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| BATASKI BAILEY | Sole Owner |

## Checking/Savings Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| BATASKI BAILEY | | |
| | Address Line 2: | |
| | City: | State: |
| | SMYRNA | GA |
| | ZIP/Postal Code: | Country: |
| | 30080-4009 | US |



2W02-000401430779-01

EXHIBIT 3

Consumer Account Application

## Customer 1 Information

| Customer Name: | Street Address: |
|---|---|
| BATASKI BAILEY | [redacted] |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | Date of Birth: | Address Line 3: |
|---|---|---|
| [redacted]8768 | [redacted]1980 | |

| Primary ID Type: | Primary ID Description: | City: | State: |
|---|---|---|---|
| DLIC | [redacted] | SMYRNA | GA |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | ZIP/Postal Code: | Country: | Time at this address: | |
|---|---|---|---|---|---|---|
| FL | 02/18/2009 | 09/26/2017 | 30080-4009 | US | Year(s) | Month(s) |

| Secondary ID Type: | Secondary ID Description: | Directional Address: |
|---|---|---|
| OTHR DC | BOA WISA | (Document when no physical residence, business or alternate street address.) |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | |
|---|---|---|---|
| | | 03/01/2011 | |

| Home Phone: | Business Phone: | Previous Street Address: |
|---|---|---|
| | | |

| Current Employer: | City: | State: |
|---|---|---|
| CARE AMBULANCE | | |

| Check Reporting: | ZIP/Postal Code: | Country: | Time at this address: | |
|---|---|---|---|---|
| NO RECORD | | | Year(s) | Month(s) |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. person (including a U.S. resident alien).   ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

| Tax Responsible Customer Name: | Taxpayer Identification Number (TIN): |
|---|---|
| BATASKI BAILEY | [redacted]8768 |

**TIN Certification Signature**

*[signature: BATASKI BAILEY]*

☐ Submit manually
☐ Signature not required

Date: 02/28/2011

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and privacy brochure and agree to be bound by them, including the terms of the Direct Deposit Advance® service described in the Service Agreement and Product Guide and any amendment or addendum (Direct Deposit Advance service currently not available in all states). I also agree to the terms of the dispute resolution program described in the account agreement and the Direct Deposit Advance Service Agreement and Product Guide. Under this program our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.



2W02-000401430779-02

Consumer Account Application

Customer 1 Name
BATASKI BAILEY

Customer 1 Signature

*[signature: BATASKI BAILEY]*

☐ Submit manually
☐ Signature not required

Date: 02/28/2011